928

No. 446. DAYAN v. CALIFORNIA. C. A. 9th Cir. Certiorari denied. *Nathan Newby, Jr.* and *A. L. Wirin* for petitioner. *Roger Arnebergh* and *Philip E. Grey* for respondent.

No. 449. IRIZARRY v. ARMOUR. Supreme Court of Pennsylvania. Certiorari denied. *Charles E. Rankin* for petitioner.

No. 451. PERKINS, ADMINISTRATOR, v. WAUKESHA NATIONAL BANK ET AL. C. A. 7th Cir. Certiorari denied. *Carl Hoppe* for petitioner. *Floyd A. Brynelson* for respondents.

No. 452. GOLDSTEIN ET AL. v. DABANIAN ET AL. C. A. 3d Cir. Certiorari denied. *M. Stuart Goldin* for petitioners. *Morris M. Wexler* for respondents.

No. 453. CHAPMAN ET AL. v. LEHIGH VALLEY RAILROAD Co. Supreme Court of New Jersey. Certiorari denied. *Philip L. Strong* for petitioners. *Charles W. Hutchinson* for respondent.

No. 456. UNITED STATES COLD STORAGE CORP. v. MINUTE MAID CORP. C. A. 5th Cir. Certiorari denied. *H. Bascom Thomas, Jr.* and *Hubard T. Bowyer* for petitioner. *Leland E. Fiske* for respondent.

No. 457. ZILKY ET AL. v. LAKE SUPERIOR COURT ET AL. Supreme Court of Indiana. Certiorari denied. *C. Severin Buschmann* for petitioners. *Owen W. Crumpacker* for respondents.